RHP BEARINGS, ET AL., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND FEDERAL-MOGUL CORP., AND TORRINGTON CO., DEFENDANT-INTERVENORS

Court No. 93–08–00470

(Dated March 14, 1995)

## ORDER AFFIRMING REMAND RESULTS

TSOUCALAS, *Judge:* This Court, having received and reviewed the Department of Commerce, International Trade Administration's Final Results of Redetermination ("Remand Results"), dated January 13, 1995, Pursuant to Court Remand, *RHP Bearings, et al. v. United States,* Slip Op. 94–176 (Nov. 14, 1994), and not having received any responses to the Remand Results, it is hereby

ORDERED that the Remand Results filed by the Department of Commerce, International Trade Administration, having complied with the Court's Remand Order, are affirmed.